John D. Guerrini, Esq., (190972)
THE GUERRINI LAW FIRM
750 East Green Street, Suite 200
Pasadena, CA 91101
Telephone: (626) 229-9611
Facsimile: (626) 229-9615
Email: guerrini@guerrinilaw.com

[RECEIVED 2010 APR -1 P 3:04 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

Attorneys for Judgment Creditor Sterling National Bank

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| F.C.V, INC., | CASE NO. 09-MC-80265-MHP |
|---|---|
| Plaintiff, | |
| v. | **REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER** |
| STERLING NATIONAL BANK | [Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure; Local Rule 69-1] |
| Defendant. | [No Hearing Required] |

Judgment Creditor STERLING NATIONAL BANK pursuant to the provisions of Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure, and Rule 69-1 of the Local Rules of Practice of the United States District Court for the Northern District of California, request that American Legal Support Services, Inc. who is at least 18 years of age, of suitable

/ / /
/ / /
/ / /
/ / /

1

discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED:

Dated: 4/5/10

_____
United States District Judge